IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-02345 MSK-BNB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2002 FORD F150 XLT PICKUP TRUCK, VIN 1FTRW08L02KD08183

      Defendant.

---

## JUDGMENT FOR DEFAULT AND FORFEITURE *IN REM*

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b) and 58(a), the following Final Judgment is hereby entered.

Pursuant to the Electronic Text-Only Order filed on January 24, 2013, adopting the Recommendation issued by the Magistrate Judge (**Doc. #16**) to Grant the Motion for Final Order of default and forfeiture (Doc. #14), it is

ORDERED that the Recommendation of Magistrate Judge Boland (**Doc. #16**) is **ADOPTED** and the Motion for Final Order [Doc. # 14] is GRANTED. It is further

ORDERED that default judgment and forfeiture is entered in favor of the United States, giving the United States full and legal title to the 2002 Ford F150 XLT pickup truck, VIN 1FTRW08L02KD08183, including the right to dispose of it in accordance with law. It is further

ORDERED that the final order of default and forfeiture serves as a Certificate of Reasonable Cause to the 2002 Ford F150 XLT pickup truck, VIN 1FTRW08L02KD08183, under 28 U.S.C. § 2465.1. It is further

ORDERED that plaintiff is AWARDED its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  Accordingly, it is

ORDERED that the case is closed.

Dated at Denver, Colorado this 25th day January, 2013.

ENTERED FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler
Edward P. Butler
Deputy Clerk